IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

      Plaintiff,                    No. 2:10-cv-3282 JFM (PC)

    vs.

TIM V. VIRGA,

      Defendants.        <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

       By an order filed January 14, 2010, plaintiff was ordered to file a completed in forma pauperis application and an amended civil rights complaint.  Plaintiff was cautioned that failure to comply with that order might result in the dismissal of this action.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has filed neither a completed in forma pauperis application nor an amended civil rights complaint.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice. See Fed. R. Civ. P. 41(b); Local Rule 110 (E.D. Cal.).
3 DATED: January 31, 2011.

                                         UNITED STATES MAGISTRATE JUDGE

7 /12;nguo3282.fta